IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HALLIE EDDINS                                                                                   PLAINTIFF

v.                                             CIVIL ACTION NO. 1:25-cv-00125-GHD-DAS

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [3] of the United States Magistrate Judge dated August 8, 2025, regarding the denial of the Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915, was on that date duly served upon counsel for the Plaintiff and counsel of record for the Defendant; that more than fourteen days have elapsed since service of said Report and Recommendation, and the Plaintiff's extended time to respond has elapsed; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [3] of the United States Magistrate Judge dated August 8, 2025, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's motion for leave to proceed *in forma pauperis* [2] is DENIED.

SO ORDERED, this, the 8 day of September, 2025.

                                                                           /s/ Glen H. Davidson
                                                                        SENIOR U.S. DISTRICT JUDGE