IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HALLIE EDDINES                                                                  PLAINTIFF

V.                                             CIVIL ACTION NO. 1:25-CV-125-GHD-DAS

COMMISSIONER OF SOCIAL SECURITY                               DEFENDANT

<u>ORDER STAYING CAUSE</u>

Before the court is a pending appeal under 42 U.S.C. § 405(g). In light of the lapse in appropriations and the resulting partial shutdown of the federal government, the court finds a temporary stay of proceedings is warranted.

It is therefore ordered that:

1. This action is **STAYED** in its entirety until appropriations are restored and the Department of Justice and the Social Security Administration resume normal operations in civil litigation.

2. All current deadlines, including, if applicable, the deadline for filing the Commissioner's answer and/or the certified administrative transcript, are hereby suspended for the duration of the stay.

3. Within 14 days after funding is restored, the Commissioner shall file a notice advising the court that operations have resumed and proposing new deadlines for any outstanding filings.

**SO ORDERED**, this the 7th day of October, 2025.

                                                 <u>/s/ David A. Sanders</u>
                                                 **U.S. MAGISTRATE JUDGE**